ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - ) | |
| ) | |
| NOAH Enterprises, Inc. ) | ASBCA No. 62708-ADR |
| ) | |
| Under Contract No. N40085-14-D-8154 ) | |
| Task Order No. 0005 ) | |

APPEARANCE FOR THE APPELLANT:      Diana McGraw, Esq.
                                     Fox Rothschild LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                    Michael W.S. Hayes, Esq.
                                     Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WOODROW

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $75,000. Appellant waives any claim for interest under the Contract Disputes Act (CDA), 41 U.S.C. § 7109, except that if payment of the judgment is not made within thirty (30) days of the date of submission of the Judgment Fund Forms to the Department of the Treasury, interest shall be paid on the judgment amount pursuant to 41 U.S.C. § 7109 starting on the 31st day until date of payment.

Dated:  October 18, 2021

_____
KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62708-ADR, Appeal of NOAH Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:  October 19, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2